IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| JOHN LUKE LYONS and LOUISE L. TUTTLE,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GREAT SILK RD TRANSPORTATION INC,<br><br>　　　　Defendant. | Civil No. 23-00439 MWJS-WRP<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND TO DISMISS THIS CASE |

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT AND TO DISMISS THIS CASE**

Findings and Recommendation having been filed and served on all parties on June 25, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the Magistrate Judge's "Findings And Recommendation To Deny Plaintiffs' Motion For Default Judgment Against Great Silk Rd Transportation Inc And To Dismiss This Case," ECF No. 70, filed on June 25, 2025, are adopted as the opinion and order of this court. As there are no remaining claims in this action, the Clerk is DIRECTED to CLOSE this case.

//

//

IT IS SO ORDERED.

DATED: July 16, 2025, at Honolulu, Hawaiʻi.



/s/ Micah W.J. Smith

Micah W.J. Smith
United States District Judge

*John Luke Lyons, et al. v. Great Silk Rd Transportation Inc.*, Civil No. 23-00439 MWJS-WRP, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DENY PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AND TO DISMISS THIS CASE